IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON T. MYERS, | : | |
| Petitioner, | : | |
| | : | 1:14-cv-299 |
| v. | : | |
| | : | Hon. John E. Jones III |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, *et al.,* | : | |
| Respondents. | : | |

## ORDER

### October 16, 2014

**NOW, THEREFORE,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED as time-barred**. *See* 28 U.S.C. § 2244(d).

2. The Clerk of Court is directed to **CLOSE** the case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253.

s/ John E. Jones III
John E. Jones III
United States District Judge